# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GOLD STAR FEED AND GRAIN, LLC,

      Plaintiff,

      v.

ULSTER DAIRY, LLC, CASHELL'S CATTLE COMPANY, BEN CASHELL, and ELIZABETH CASHELL,

      Defendants.

No. 4:23-CV-01942

(Chief Judge Brann)

## ORDER

### FEBRUARY 22, 2024

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1.    Plaintiff Gold Star Feed and Grain, LLC's Motion for Default Judgment (Doc. 7) is **GRANTED IN PART** and **DENIED IN PART**:

    a.    Default Judgment is entered against Defendants Ulster Dairy, LLC, Cashell's Cattle Company, Ben Cashell, and Elizabeth Cashell;

    b.    Defendant Ulster Dairy, LLC shall pay Plaintiff $152,578.77 and any post-judgment interest;

c.    Defendants Cashell's Cattle Company, Ben Cashell, and Elizabeth Cashell shall pay Plaintiff $7,571.46 and any post-judgment interest;

d.    Plaintiff's request for attorney's fees is **DENIED**; and

e.    Plaintiff is directed, if it so chooses, to file a supplemental request for reasonable attorney's fees with appropriate documentation no later than March 7, 2024.

BY THE COURT:

_s/ Matthew W. Brann_
Matthew W. Brann
Chief United States District Judge